UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON JACKSON, | No. 2:14-cv-2369 DAD P |
| Petitioner, | |
| v. | ORDER |
| SANDRA ALFARO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed an application to proceed in forma pauperis.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

After reviewing the petition filed in this action, the court has determined that the pending habeas petition must be dismissed with leave to file an amended petition. Specifically, petitioner has submitted with his form petition a lengthy narrative about his underlying criminal proceedings, but it is not clear from his submission what petitioner's claims for relief are in this action. In any amended petition petitioner elects to file, he will need to clarify what his grounds for relief are and specify the factual basis for each of his claims. Although petitioner may submit

1

a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims and must provide the court with all necessary information. See Rule 2(c), Federal Rules Governing Section 2254 Cases.

**CONCLUSION**

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (Doc. No. 15) is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition." Failure to file an amended petition will result in dismissal of this action; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

Dated: March 25, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack2369.amd