UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON JACKSON, | No. 2:14-cv-2369 DAD P |
| Petitioner, | |
| v. | ORDER |
| SANDRA ALFARO, | |
| Respondents. | |

By order filed March 26, 2015, petitioner's habeas application was dismissed and thirty days leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: May 15, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack2369.fta

---

[1] Petitioner has previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. Nos. 7 & 13)

1